IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ALEXAS DAVIS,<br><br>　　　　　　　Defendants. | 8:23-CR-39<br><br>**ORDER STAYING MAGISTRATE JUDGE'S RELEASE ORDER** |

　　　　This matter is before the Court on the Government's Motion for Emergency Stay and for Review of Revocation of a Release Order. Filing 6. The Government asks the Court to stay the magistrate judge's March 8, 2023, order releasing defendant Joan Robinson pending trial on charges of conspiracy to sex traffic a minor, in violation of 18 U.S.C. § 1591(a). The Government requests a stay of the order while the Court conducts its *de novo* review in consideration of the Government's request for revocation of the order pursuant to 18 U.S.C. § 3145. Filing 6. The Government maintains that defendant Robinson is both a flight risk and a danger to the community. Filing 6 at 3–5.

　　　　To allow the Court time to conduct its *de novo* review, the magistrate judge's March 8, 2023, order releasing defendant Robinson will be stayed pending the Court's ruling on the Government's motion for revocation. Accordingly,

　　　　IT IS ORDERED:

1. The magistrate judge's March 8, 2023, order releasing defendant Joan Robinson is stayed pending this Court's ruling on the Government's Motion for Revocation, Filing 6;

2. The defendant shall be detained pending further order of the Court; and

3. The Court will determine whether a hearing on the Government's Motion is required at a later date.

Dated this 8th day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

8:23-cr-00039-BCB-RCC Doc # 7 Filed: 03/08/23 Page 2 of 2 - Page ID # 44